J. CHRISTOPHER JORGENSEN, ESQ.
STATE BAR NO. 5382
LEWIS AND ROCA LLP
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV  89169
(702) 949-8200
(702) 949-8398/fax

Attorneys for Defendant
BAC Home Loans Servicing, LP

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| GAVIN TABADA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FIRST MORTGAGE CORPORATION, a foreign corporation; HACIENDA SERVICE CORPORATION, a foreign corporation; MTC FINANCIAL, INC. dba TRUSTEE CORPS, a Nevada corporation; BAC HOME LOANS SERVICING, LP fka COUNTRYWIDE HOME LOANS SERVICING, LP, a foreign corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, a foreign corporation; et al.,<br><br>Defendants. | Case No. 2:10-cv-00770-PMP-LRL<br><br>**ORDER** |

On June 1, 2010 Defendant BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP filed a Motion to Dismiss [#9], and on June 14, 2010 Defendant MTC Financial, Inc., dba Trustee Corps filed a Motion to Dismiss [#16].

A hearing was conducted before this Court on said Motions on September 2, 2010; following a review of the pleadings and after consideration of the arguments of counsel;

IT IS HEREBY ORDERED that Defendant BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP's Motion to Dismiss [#9] and Defendant MTC Financial, Inc., dba Trustee Corps' Motion to Dismiss [#16] are granted without prejudice.

_____
U.S. DISTRICT COURT JUDGE
DATED: September 3, 2010

1  Respectfully submitted by:

2  LEWIS AND ROCA LLP

3

4  By _____
5      J. CHRISTOPHER JORGENSEN, ESQ.
    Attorneys for BAC Home Loans Servicing, LP